UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
TURNELL, JAMES § Case No. 16-08355-DRC
§
§
Debtors(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/10/2016. The undersigned trustee was appointed on 03/10/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 19,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 0.00 |
| Bank Service Fees | | 48.16 |
| Other Payments to Creditors | | 0.00 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 2,400.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 16,551.84 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) Page 1

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 07/29/2016 and the deadline for filing governmental claims was 09/06/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

    7. The Trustee's proposed distribution is attached as **Exhibit D.**

    8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $2,410.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $2,410.00, for a total compensation of $2,410.00. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $281.87 for total expenses of $281.87

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date :  11/14/2016     By :   /s/ Elizabeth Berg
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 16-08355  
Case Name: TURNELL, JAMES  
Judge: Donald R. Cassling  
Trustee Name: Elizabeth C Berg  
Date Filed (f) or Converted (c): 03/10/2016 (f)  
341(a) Meeting Date: 04/04/2016  
For Period Ending: 11/14/2016  
Claims Bar Date: 07/29/2016

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | Single-family home: 368 Thorne Street, Batavia IL 60510 | 256,192.50 | 0.00 | | 0.00 | FA |
| 2. | 2011 Cadillac CTS Coupe mileage: 54,500 - Sold per Court Order 6/17/16 [Dkt # 40] | 17,525.00 | 15,125.00 | | 19,000.00 | FA |
| 3. | Household: Furniture, Kitchenware (Debtor's 1/2 Interest) | 4,000.00 | 0.00 | | 0.00 | FA |
| 4. | Electronics: TVs, Laptop, player piano (Debtor's 1/2 Interest) | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. | Clothes: personal clothing | 3,500.00 | 0.00 | | 0.00 | FA |
| 6. | Jewelry: Man's wedding ring, watch | 500.00 | 0.00 | | 0.00 | FA |
| 7. | Cash: | 200.00 | 0.00 | | 0.00 | FA |
| 8. | Checking Acct: BMO Harris | 2,052.90 | 0.00 | | 0.00 | FA |
| 9. | Checking Acct: BMO Harris | 474.62 | 0.00 | | 0.00 | FA |
| 10. | Retirement Acct: BMO Private Bank | 1,955,851.75 | 0.00 | | 0.00 | FA |
| 11. | Retirement Acct: BMO Harris Bank | 1,108,278.00 | 0.00 | | 0.00 | FA |
| 12. | Retirement Acct: John Hancock | 12,882.45 | 0.00 | | 0.00 | FA |
| 13. | Insurance Policy: Variable Universal Life Insurance, River Source | 13,797.85 | 0.00 | | 0.00 | FA |
| 14. | lawsuit no damages sought | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-08355 | Judge: | Donald R. Cassling | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|---|
| Case Name: | TURNELL, JAMES | | | Date Filed (f) or Converted (c): | 03/10/2016 (f) |
| | | | | 341(a) Meeting Date: | 04/04/2016 |
| For Period Ending: | 11/14/2016 | | | Claims Bar Date: | 07/29/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 3,377,255.07 | 15,125.00 | | 19,000.00 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**October 27, 2016:** Trustee investigated the value of Debtor's interest in his residence. Based on her analysis, Trustee determined there was no equity in the property to administer for Creditors. Trustee obtained a CarMax appraisal for the Debtor's vehicle and later sold the vehicle back to CarMax pursuant to this Court's order dated 6/17/16 [dkt. 40] and collected proceeds in the amount of $19,000.00. Trustee reviewed claims. Trustee anticipates final distribution will be in late 2016 or early 2017.

**Initial Projected Date of Final Report(TFR) :** 12/31/2016     **Current Projected Date of Final Report(TFR) :** 12/31/2016

| **Trustee's Signature** | /s/Elizabeth C Berg | **Date:** | 11/14/2016 |
|---|---|---|---|
| | Elizabeth C Berg | | |
| | 20 N. Clark St., Suite 200 | | |
| | Chicago, IL 60602 | | |
| | Phone : (312) 726-8150 | | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 16-08355 | Trustee Name: Elizabeth C Berg |
| Case Name: TURNELL, JAMES | Bank Name: Associated Bank |
| | Account Number/CD#: ******6625 Checking Account |
| Taxpayer ID No: **-***6443 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 11/14/2016 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/21/2016 | [2] | CarMax, Inc #7122<br>3320 Odyssey Court<br>Naperville , IL 60563 | Car sold per order 6/17/16 [dkt. 40] | 1129-000 | 19,000.00 | | 19,000.00 |
| 06/23/2016 | 1001 | JAMES TURNELL<br>368 THORNE STREET<br>BATAVIA , IL 60510 | Debtor's Exemption<br>Debtor's Exemption in 2011 Cadillac | 8100-002 | | 2,400.00 | 16,600.00 |
| 07/18/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 16,590.00 |
| 07/19/2016 | | Trustee Transfer to new account | Transfer of funds to Texas Capital Bank | 9999-000 | | 16,590.00 | 0.00 |
| | | | Page Subtotals | | 19,000.00 | 19,000.00 | |

| | | |
|---|---|---|
| **COLUMN TOTALS** | 19,000.00 | 19,000.00 |
| Less:Bank Transfer/CD's | 0.00 | 16,590.00 |
| **SUBTOTALS** | 19,000.00 | 2,410.00 |
| Less: Payments to Debtors | | 2,400.00 |
| **Net** | 19,000.00 | 10.00 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-08355 | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- |
| Case Name: | TURNELL, JAMES | Bank Name: | Texas Capital Bank |
|  |  | Account Number/CD#: | ******5161 Checking Account |
| Taxpayer ID No: | **-***6443 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 11/14/2016 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/19/2016 |  | Trustee Transfer to new account | Received transfer of funds from Associated Bank | 9999-000 | 16,590.00 |  | 16,590.00 |
| 08/03/2016 |  | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 |  | 15.00 | 16,575.00 |
| 09/06/2016 |  | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 |  | 23.16 | 16,551.84 |

|  |  |  |
| --- | --- | --- |
| Page Subtotals | 16,590.00 | 38.16 |
| **COLUMN TOTALS** | 16,590.00 | 38.16 |
| Less:Bank Transfer/CD's | 16,590.00 | 0.00 |
| **SUBTOTALS** | 0.00 | 38.16 |
| Less: Payments to Debtors |  | 0.00 |
| **Net** | 0.00 | 38.16 |

| All Accounts Gross Receipts: | 19,000.00 |
| --- | --- |
| All Accounts Gross Disbursements: | 2,448.16 |
| All Accounts Net: | 16,551.84 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| ******6625 Checking Account | 19,000.00 | 2,410.00 |  |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 16-08355 | Trustee Name: | Elizabeth C Berg |
| Case Name: TURNELL, JAMES | Bank Name: | Texas Capital Bank |
| | Account Number/CD#: | ******5161 Checking Account |
| Taxpayer ID No: **-***6443 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: 11/14/2016 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction / Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | ******5161 Checking Account | 0.00 | 38.16 | |
| | | | **NetTotals** | 19,000.00 | 2,448.16 | 16,551.84 |

Case: 16-08355  
TURNELL, JAMES

Elizabeth C Berg  
CLAIMS REGISTER

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602<br>Trustee Compensation | 2100 | 0.00 | 2,410.00 | 2,410.00 | 0.00 | 2,410.00 |
| | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602<br>Trustee Expenses | 2200 | 0.00 | 281.87 | 281.87 | 0.00 | 281.87 |
| | Baldi Berg, Ltd.<br>20 N Clark St<br>Suite 200<br>Chicago , IL 60602<br>Attorney for Trustee Fees | 3110 | 0.00 | 5,000.00 | 5,000.00 | 0.00 | 5,000.00 |
| **ADMINISTRATIVE TOTAL** | | | **0.00** | **7,691.87** | **7,691.87** | **0.00** | **7,691.87** |
| 2A | Internal Revenue Service<br>Centralized Insolvency Operation<br>P. O. Box 21125<br>Philadelphia, PA 19114 | 5800 | 0.00 | 49,172.64 | 49,172.64 | 0.00 | 49,172.64 |
| **PRIORITY TOTAL** | | | **0.00** | **49,172.64** | **49,172.64** | **0.00** | **49,172.64** |
| 1 | American Express Centurion<br>c/o Becket and Lee LLP<br>P. O. Box 3001<br>Malvern, PA 19355-0701 | 7100 | 0.00 | 8,506.80 | 8,506.80 | 0.00 | 8,506.80 |
| 2B | Internal Revenue Service<br>Centralized Insolvency Operation<br>P. O. Box 21125<br>Philadelphia, PA 19114 | 7100 | 0.00 | 1,341.94 | 1,341.94 | 0.00 | 1,341.94 |
| 3 | Wells Fargo Bank<br>P. O. Box 10438<br>Des Moines, IA 50306-0438 | 7100 | 0.00 | 8,088.00 | 8,088.00 | 0.00 | 8,088.00 |
| 4 | PYOD LLC successors and<br>Citibank NA, Resurgent Capital Services<br>P. O. Box 19008<br>Greenville, , SC 29602 | 7100 | 0.00 | 7,938.33 | 7,938.33 | 0.00 | 7,938.33 |
| 5 | PYOD LLC successors and<br>Citibank NA, Resurgent Capital Services<br>P. O. Box 19008<br>Greenville, , SC 29602 | 7100 | 0.00 | 8,374.55 | 8,374.55 | 0.00 | 8,374.55 |
| 6 | PYOD LLC successors and<br>Citibank NA, Resurgent Capital Services<br>P. O. Box 19008<br>Greenville, , SC 29602 | 7100 | 0.00 | 15,464.56 | 15,464.56 | 0.00 | 15,464.56 |

| Case: 16-08355 | | | | | | Elizabeth C Berg |
| TURNELL, JAMES | | | | | | CLAIMS REGISTER |

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| 7 | Centimark Corporation<br>12 Grandview Circle<br>Canonsburg, PA 15317 | 7100 | 0.00 | 700,000.00 | 700,000.00 | 0.00 | 700,000.00 |
| **UNSECURED TOTAL** | | | **0.00** | **749,714.18** | **749,714.18** | **0.00** | **749,714.18** |
| **REPORT TOTALS** | | | **0.00** | **806,578.69** | **806,578.69** | **0.00** | **806,578.69** |

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.:  16-08355
Case Name: TURNELL, JAMES

Trustee Name: Elizabeth C Berg

Balance on Hand $16,551.84

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees:     Elizabeth C. Berg, Trustee | $ 2,410.00 | $ 0.00 | $ 2,410.00 |
| Trustee, Expenses:  Elizabeth C. Berg, Trustee | $ 281.87 | $ 0.00 | $ 281.87 |
| Attorney for Trustee, Fees: Baldi Berg, Ltd. | $ 5,000.00 | $ 0.00 | $ 5,000.00 |

Total to be paid for chapter 7 administrative expenses   $ 7,691.87
Remaining Balance   $ 8,859.97

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $49,172.64 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2A | Internal Revenue Service | $ 49,172.64 | $ 0.00 | $ 8,859.97 |

Total to be paid to priority creditors   $ 8,859.97
Remaining Balance   $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $749,714.18 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express Centurion Bank | $ 8,506.80 | $ 0.00 | $ 0.00 |
| 2B | Internal Revenue Service | $ 1,341.94 | $ 0.00 | $ 0.00 |
| 3 | Wells Fargo Bank | $ 8,088.00 | $ 0.00 | $ 0.00 |
| 4 | PYOD LLC successors and assignee of | $ 7,938.33 | $ 0.00 | $ 0.00 |
| 5 | PYOD LLC successors and assignee of | $ 8,374.55 | $ 0.00 | $ 0.00 |
| 6 | PYOD LLC successors and assignee of | $ 15,464.56 | $ 0.00 | $ 0.00 |
| 7 | Centimark Corporation | $ 700,000.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $     0.00

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE