# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 16-08355 |
| James Turnell, | ) | Hon. Donald R. Cassling |
| | ) | Hearing Date: January 20, 2017 |
| Debtor. | ) | Hearing Time: 11:00 A.M. |

## Certificate of Service

I, Jason M. Manola, a non-attorney, hereby certify that I caused a true and correct copy of the referenced **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) [Dkt. No. 60]** to be served on the persons on the attached service list via first class mail, postage prepaid on November 28, 2016.

_____
Jason M. Manola


Subscribed and sworn to
before me on November____29____, 2016


_____
Notary Public

OFFICIAL SEAL
JULIA LOPER
Notary Public - State of Illinois
My Commission Expires Mar 25, 2017

# Service List
## Case No. 16-08355
## James Turnell, Debtor

**Served via First Class Mail by Trustee:**

Internal Revenue Service

Centralized Insolvency Operation

P.O. Box 21125

Philadelphia, PA  19114


James Turnell

*Debtor*

368 Thorne Street

Batavia, IL  60510