UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                        §
TURNELL, JAMES                                                §        Case No. 16-08355
                                                              §
                        Debtor(s)                             §
                                                              §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C Berg, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $208,889.05 | Assets Exempt: $3,153,241.02 |
| (Without deducting any secured claims) | |
| Total Distributions to Claimants: $8,859.97 | Claims Discharged |
| | Without Payment: $920,879.18 |
| Total Expenses of Administration: $7,740.03 | |

3) Total gross receipts of $19,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $2,400.00 (see **Exhibit 2**), yielded net receipts of $16,600.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3** ) | $399,018.10 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | NA | $7,740.03 | $7,740.03 | $7,740.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | $50,000.00 | $49,172.64 | $49,172.64 | $8,859.97 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7** ) | $620,448.34 | $749,714.18 | $749,714.18 | $0.00 |
| **TOTAL DISBURSEMENTS** | $1,069,466.44 | $806,626.85 | $806,626.85 | $16,600.00 |

4) This case was originally filed under chapter 7 on 03/10/2016. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.**  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :    04/07/2017                              By :    /s/ Elizabeth C Berg

                                                                    Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| 2011 Cadillac CTS Coupe mileage: 54,500 - Sold per Court Order | 1129-000 | $19,000.00 |
| **TOTAL GROSS RECEIPTS** | | $19,000.00 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| JAMES TURNELL | Debtor's Exemption | 8100-002 | $2,400.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $2,400.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BMO HARRIS | | $98,117.10 | NA | NA | $0.00 |
| | Wells Fargo Hm Mortgage | | $300,901.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | $399,018.10 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Baldi Berg, Ltd. | 3110-000 | NA | $5,000.00 | $5,000.00 | $5,000.00 |
| Elizabeth C. Berg, Trustee | 2200-000 | NA | $281.87 | $281.87 | $281.87 |
| Elizabeth C. Berg, Trustee | 2100-000 | NA | $2,410.00 | $2,410.00 | $2,410.00 |
| Associated Bank | 2600-000 | NA | $10.00 | $10.00 | $10.00 |
| Texas Capital Bank | 2600-000 | NA | $38.16 | $38.16 | $38.16 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $7,740.03 | $7,740.03 | $7,740.03 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | NA | $0.00 | $0.00 | $0.00 | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2A | Internal Revenue Service | 5800-000 | $50,000.00 | $49,172.64 | $49,172.64 | $8,859.97 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $50,000.00 | $49,172.64 | $49,172.64 | $8,859.97 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Centimark Corporation | 7100-000 | $399,886.34 | $700,000.00 | $700,000.00 | $0.00 |
| 6 | PYOD LLC successors and | 7100-000 | $15,118.00 | $15,464.56 | $15,464.56 | $0.00 |
| 5 | PYOD LLC successors and | 7100-000 | $8,482.00 | $8,374.55 | $8,374.55 | $0.00 |
| 4 | PYOD LLC successors and | 7100-000 | $8,374.00 | $7,938.33 | $7,938.33 | $0.00 |
| 3 | Wells Fargo Bank | 7100-000 | $8,528.00 | $8,088.00 | $8,088.00 | $0.00 |
| 2B | Internal Revenue Service | 7100-000 | NA | $1,341.94 | $1,341.94 | $0.00 |
| 1 | American Express Centurion | 7100-000 | $8,895.00 | $8,506.80 | $8,506.80 | $0.00 |
| | Bank of America, N.A. | | $6,960.00 | NA | NA | $0.00 |
| | Northwest Medicine | | $2,000.00 | NA | NA | $0.00 |
| | Windward Roofing & | | $162,205.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $620,448.34 | $749,714.18 | $749,714.18 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:  **16-08355**                                    Judge:  **Janet S. Baer**                          Trustee Name:  **Elizabeth C Berg**
Case Name:  **TURNELL, JAMES**                                                                  Date Filed (f) or Converted (c):  **03/10/2016 (f)**
                                                                                                             341(a) Meeting Date:  **04/04/2016**
For Period Ending:  **04/07/2017**                                                                           Claims Bar Date:  **07/29/2016**

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | Single-family home: 368 Thorne Street, Batavia IL 60510 | 256,192.50 | 0.00 | | 0.00 | FA |
| 2. | 2011 Cadillac CTS Coupe mileage: 54,500 - Sold per Court Order 6/17/16 [Dkt # 40] | 17,525.00 | 15,125.00 | | 19,000.00 | FA |
| 3. | Household: Furniture, Kitchenware (Debtor's 1/2 Interest) | 4,000.00 | 0.00 | | 0.00 | FA |
| 4. | Electronics: TVs, Laptop, player piano (Debtor's 1/2 Interest) | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. | Clothes: personal clothing | 3,500.00 | 0.00 | | 0.00 | FA |
| 6. | Jewelry: Man's wedding ring, watch | 500.00 | 0.00 | | 0.00 | FA |
| 7. | Cash: | 200.00 | 0.00 | | 0.00 | FA |
| 8. | Checking Acct: BMO Harris | 2,052.90 | 0.00 | | 0.00 | FA |
| 9. | Checking Acct: BMO Harris | 474.62 | 0.00 | | 0.00 | FA |
| 10. | Retirement Acct: BMO Private Bank | 1,955,851.75 | 0.00 | | 0.00 | FA |
| 11. | Retirement Acct: BMO Harris Bank | 1,108,278.00 | 0.00 | | 0.00 | FA |
| 12. | Retirement Acct: John Hancock | 12,882.45 | 0.00 | | 0.00 | FA |
| 13. | Insurance Policy: Variable Universal Life Insurance, River Source | 13,797.85 | 0.00 | | 0.00 | FA |
| 14. | lawsuit no damages sought | 0.00 | 0.00 | | 0.00 | FA |

**Exhibit 8**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: **16-08355**                   Judge: **Janet S. Baer**                   Trustee Name:  **Elizabeth C Berg**
Case Name: **TURNELL, JAMES**                                                      Date Filed (f) or Converted (c): **03/10/2016 (f)**
                                                                                   341(a) Meeting Date: **04/04/2016**
For Period Ending: **04/07/2017**                                                  Claims Bar Date: **07/29/2016**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | Gross Value of Remaining Assets |
| **TOTALS (Excluding Unknown Values)** | 3,377,255.07 | 15,125.00 | | 19,000.00 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**April 7, 2017: Trustee has completed her Final Distribution and is in the process of submitting her Distribution Report to the UST for approval. Once approved the case will close shortly thereafter.**

**October 27, 2016: Trustee investigated the value of Debtor's interest in his residence. Based on her analysis, Trustee determined there was no equity in the property to administer for Creditors. Trustee obtained a CarMax appraisal for the Debtor's vehicle and later sold the vehicle back to CarMax pursuant to this Court's order dated 6/17/16 [dkt. 40] and collected proceeds in the amount of $19,000.00. Trustee reviewed claims. Trustee anticipates final distribution will be in late 2016 or early 2017.**

**Initial Projected Date of Final Report(TFR) :** 12/31/2016       **Current Projected Date of Final Report(TFR) :** 12/31/2016

**Trustee's Signature**      /s/Elizabeth C Berg              **Date:**  04/07/2017
                             Elizabeth C Berg
                             20 N. Clark St., Suite 200
                             Chicago, IL 60602
                             Phone : (312) 726-8150

**Exhibit 8**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 16-08355 | **Trustee Name:** Elizabeth C Berg |
| **Case Name:** TURNELL, JAMES | **Bank Name:** Associated Bank |
| | **Account Number/CD#:** ******6625 Checking Account |
| **Taxpayer ID No:** **-***6443 | **Blanket bond (per case limit):** 5,000,000.00 |
| **For Period Ending:** 4/7/2017 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/21/2016 | [2] | CarMax, Inc #7122<br>3320 Odyssey Court<br>Naperville , IL 60563 | Car sold per order 6/17/16 [dkt. 40] | 1129-000 | 19,000.00 | | 19,000.00 |
| 06/23/2016 | 1001 | JAMES TURNELL<br>368 THORNE STREET<br>BATAVIA , IL 60510 | Debtor's Exemption<br>Debtor's Exemption in 2011 Cadillac | 8100-002 | | 2,400.00 | 16,600.00 |
| 07/18/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 16,590.00 |
| 07/19/2016 | | Trustee Transfer to new account | Transfer of funds to Texas Capital Bank | 9999-000 | | 16,590.00 | 0.00 |

| | | | |
|---|---|---|---|
| | Page Subtotals | 19,000.00 | 19,000.00 |

| | | |
|---|---|---|
| **COLUMN TOTALS** | 19,000.00 | 19,000.00 |
| Less:Bank Transfer/CD's | 0.00 | 16,590.00 |
| **SUBTOTALS** | 19,000.00 | 2,410.00 |
| Less: Payments to Debtors | | 2,400.00 |
| **Net** | 19,000.00 | 10.00 |

**Exhibit 9**

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-08355 | Trustee Name: | Elizabeth C Berg |
| Case Name: | TURNELL, JAMES | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5161 Checking Account |
| Taxpayer ID No: | **-***6443 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 4/7/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/19/2016 | | Trustee Transfer to new account | Received transfer of funds from Associated Bank | 9999-000 | 16,590.00 | | 16,590.00 |
| 08/03/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 16,575.00 |
| 09/06/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 23.16 | 16,551.84 |
| 01/27/2017 | 5001 | Elizabeth C. Berg, Trustee 20 N. Clark Street Suite 200 Chicago, IL 60602 | Trustee Compensation | 2100-000 | | 2,410.00 | 14,141.84 |
| 01/27/2017 | 5002 | Elizabeth C. Berg, Trustee 20 N. Clark Street Suite 200 Chicago, IL 60602 | Trustee Expenses | 2200-000 | | 281.87 | 13,859.97 |
| 01/27/2017 | 5003 | Baldi Berg, Ltd. 20 N Clark St Suite 200 Chicago , IL 60602 | Attorney for Trustee Fees | 3110-000 | | 5,000.00 | 8,859.97 |
| | | | Page Subtotals | | 16,590.00 | 7,730.03 | |

**Exhibit 9**

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No:** 16-08355 | | **Trustee Name:** Elizabeth C Berg |
| **Case Name:** TURNELL, JAMES | | **Bank Name:** Texas Capital Bank |
| | | **Account Number/CD#:** ******5161 Checking Account |
| **Taxpayer ID No:** **-***6443 | | **Blanket bond (per case limit):** 5,000,000.00 |
| **For Period Ending:** 4/7/2017 | | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/27/2017 | 5004 | Internal Revenue Service Centralized Insolvency Operation P. O. Box 21125 Philadelphia, PA 19114 | Disb of 18.02% to Claim #2A | 5800-000 | | 8,859.97 | 0.00 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 8,859.97 |
| **COLUMN TOTALS** | 16,590.00 | 16,590.00 |
| Less:Bank Transfer/CD's | 16,590.00 | 0.00 |
| **SUBTOTALS** | 0.00 | 16,590.00 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 0.00 | 16,590.00 |

| | | |
|---|---|---|
| All Accounts Gross Receipts: | 19,000.00 | |
| All Accounts Gross Disbursements: | 19,000.00 | |
| All Accounts Net: | 0.00 | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******6625 Checking Account | 19,000.00 | 2,410.00 | |
| ******5161 Checking Account | 0.00 | 16,590.00 | |
| **NetTotals** | 19,000.00 | 19,000.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 9)

**Exhibit 9**